IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'4 NOV 15 AM 9: 42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,
plaintiff,
VS.
JUAN RIVERA RIVERA
defendant.

CRIM. NO. 99-255-01(HL)

## REQUEST FOR RECOMMENDATION CONCERNING DESIGNATION OF CORRECTIONAL INSTITUTION WHERE DEFENDANT WILL SERVE HIS SENTENCE.

TO THE HONORABLE COURT:

   **COMES NOW,** the defendant, **JUAN RIVERA RIVERA,** Pro-Se and very respectfully, alleges and prays as follows:

   1- On or about **June 28, 2000,** the defendant was sentenced to twenty five (25) years of imprisonment by the Honorable Judge Hector M. Laffitte in the above captioned case.

   2- Subsequent to his sentencing by Judge Laffitte, the defendant was designated and sent by the Bureau Of Prisons to the **USP LEWISBURG** correctional, institution located in **PENSYLVANIA** to continue his sentence of incarceration.

   3- Due to the fact that the defendant was cooperating with the US Government, he was returned to P.R. and is currently housed at the M.D.C. in Guaynabo P.R. .

   4- While in Puerto Rico the defendant has been called to testify in Grand Jury, trials, and has provided the US Government with valuable information, concerning the activities of major drug organizations trough out the Island.

   5- On **January 23, 2004,** the defendant was re-sentenced by this Honorable Court to fourteen (14) years of imprisonment due to his substantial

assistance to the Government of the United States.

6- While in Puerto Rico, Mr. Rivera Rivera has telephoned his counsel **Mrs. Rachel Brill, AUSA IRENE FELDMAN, the CHIEF OF CRIMINAL DIVISION AUSA SONIA I. TORRES, the FBI in PONCE, P.R.** on various occasions and also has written, many letters to them and has expressed his **grave concern** that once he finished with his cooperation he will once again be returned to his previous incarceration place which may already house other inmates against whom he has testified or provided information to the government. **He literally fears for his life.**

7- Given the above situation Mr. Rivera Rivera has expressed on many ocassions his desire to enter the **FEDERAL WITNESS PROTECTION PROGRAM**, to the FBI and the US Attorney's Office but they haven't answer yet. He also has seen many inmates that have been sponsored by the FBI and US Attorney's Office for the program that don't really qualified because they haven't testified in a Grand Jury, trials or have provided information to the Government that merits to be in the program. Besides having to testified in the Grand Jury and different, trials the defendant was an active member of the **"27 prison gang"** who are the enemies of the **"ÑETA organization"**.

8- Also even though the Honorable Judge Hector M. Laffitte ordered on **January 24, 2004** ("that the Bureau Of Prisons take precautionary measure to ensure defendant's safety") that the BOP consider his situation they have not followed the order.

9- He fears that if returned to the USP in Pensylvania he will suffer physical harm at the hands of the inmates who know that he is cooperating with the Government, he is also concerned that the same will occur if placed in any prison where may be located any inmate against whom he has given information to the government.

**WHEREFORE,** it is respectfully requested that this Honorable Court recommend the **US ATTORNEY's OFFICE AND THE FBI** to consider the defendant for the **WITSEC**

or for the BOP to find a new designation where he could be free of harm from others.

                     IN SAN JUAN, PUERTO RICO, THIS 31 day of October, 2004

                                   RESPECTFULLY,

                                   */s/ Juan Rivera Rivera*
                                   JUAN RIVERA RIVERA