In The United States District Court

For The District of Puerto Rico

Juan Rivera Rivera,

    Petitioner.

Vs.                Case No:99-CR-255-01 (HL)

United States of America,

    Respondent.

RE:Request of Sentencing Transcrips & Docket Sheets:

Dear Clerk;

  I would like to get copy of my Sentencing Transcrips & Docket Sheets in the case above mentioned as soon as possible; I bring to your attention that I am an Indigent person so please let me know if you can help me to obtain my legal documents or what's the step to follow to get the same.

                        Thanks You,

                        Respectfully,

October 18-2006.

                        Juan Rivera Rivera

                        USM #18155-069

                        USP Atwater

                        P.O.Box-019001

                        Atwater, Ca. 95301