\*\*\*\*\*\*\*\*   ATTACHMENTS   \*\*\*\*\*\*\*\*

Case 3:99-cr-00255-JAG-JA   Document 238-2   Filed 05/20/2008   Page 1 of 5

# Certificate of Completion

awarded to:

## JUAN RIVERA RIVERA

for

## AC/Refrigeration III

11/05/2007

*Date*

*D. Spalding*

*ACE Coordinador*

# Certificate of Completion

awarded to:

## JUAN RIVERA RIVERA

for participation at FCI Bastrop in

## Interview Mock Job Fair

*January 30, 2008*

_Janice Taylor_
Janice Taylor
Mock Job Fair Coordinator

_Denese McRee_
Denese McRee
Volunteer Coordinator

# Certificate of Completion

awarded to:

## JUAN RIVERA RIVERA

for 12 hours of participation at FCI Bastrop in

## Employment Preparation Class

*Janice Taylor*
Janice Taylor
Pre Release Program Coordinator

March 17, 2008
Date

# Certificate of Completion

awarded to:

## JUAN R. RIVERA

## ACCOUNTING I

04/10/2008

Date

*D. Spalding*

ACE Coordinador