FEDERAL CORRECTIONAL INSTITUTION
JUAN RIVERA RIVERA # 18155-069
P.O. BOX 1010
BASTROP, TEXAS 78602

CERTIFIED MAIL

7008 0150 0003 6246 4682





U.S. POSTAGE
PAID
BASTROP, TX
78602
MAY 15, '08
AMOUNT

$0.00
00061832-44

0000   00918

TO FRANCES RIOS DE MORAN,
DISTRICT CLERK
CLEMENTE RUIZ-NAVARIO U.S. COURTHOUSE
150 CARLOS CHARDON, ROOM 150
HATO REY, PUERTO RICO 00918-1767