AUGUST 10, 2008
FRANCES RIOS DE MORAN, DISTRICT CLERK
CLEMENTE RUIZ-NARARIO U.S. COURTHOUSE
150 CARLOS CHARDON, ROOM 150
HATO REY, PR 00918-1767



JAG

RE: UNITED STATES OF AMERICA VS. JUAN RIVERA RIVERA NO:99-CR-255-01(~~HL~~).

DEAR CLERK,

   I FILED A MOTION TO MODIFY SENTENCE UNDER 18 U.S.C. § 3582(c)(2) A FEW MONTHS AGO, AND I AM WRITING YOUR OFFICE TO ASK IF YOU COULD CHECK ON THE STATUS OF THE MOTION FOR ME.

   I KNOW THAT THERE MAY HAVE BEEN SEVERAL OF THOSE MOTIONS FILED AFTER CONGRESS CHANGED THE GUIDELINES ON CRACK COCAINE, AND THERE MAY BE A BACK LOG OF MOTIONS IN THE COURTS. IF YOU COULD JUST CHECK THE STATUS AND LET ME KNOW THE APPROXIMATE TIME FRAME BEFORE IT IS GOING TO COME BEFORE THE JUDGE FOR A RULING.

   I WANT TO THANK YOU FOR YOUR TIME AND ASSISTANCE IN THIS MATTER BECAUSE IT IS IMPORTANT FOR ME TO KNOW WHERE I AM AT IN LINE.; JUST MAIL YOUR RESPONSE TO THE ADDRESS LISTED BELOW.

                              RESPECTFULLY SUBMITTED,

                              _____
                              JUAN RIVERA RIVERA
                              INMATE NO: 18155-069
                              FCI - BASTROP
                              P.O. BOX 1010
                              BASTROP, TEXAS 78602

CC:FILE

PAGE 1 OF 1