

AUSTIN TX 787

13 AUG 2008 PM 4 L

FRANCES RIOS DE MORAN, DISTRICT CLERK
CLEMENTE RUIZ-NARARIO U.S. COURTHOUSE
150 CARLOS CHARDON, ROOM 150
HATO REY, PR 00918-1767

00918+1706

Federal Correctional Institution
Name: JUAN RIVERA RIVERA
Register No.: 18155-069
P.O. Box 1010
Bastrop, Texas 78602

LEGAL MAIL